UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CELINA DARK and TRAVIS BARRY, | |
| Plaintiffs, | Case No. 1:21-cv-07355 |
| v. | JOINT MOTION TO BE EXCUSED FROM MEDIATION |
| TOURO COLLEGE, | |
| Defendant. | |

AND NOW, comes the Parties, jointly and through their respective undersigned counsel, and files this Joint Motion to be Excused from Mediation respectfully requesting the following.

1. The Court entered an Automatic Referral to Mediation on November 3, 2021.

2. Prior to Plaintiffs' filing of the Complaint on September 1, 2021, the Parties voluntarily participated in private mediation in the hope of resolving the matter now before the Court.

3. The matter did not resolve at mediation and the Parties' respective positions have not changed since that time.

4. The Parties have conferred and agree that this second Court-ordered mediation would be unproductive and would waste the Parties' resources.

5. As a result and at this time, the Parties, through their Counsel, now seek to be excused from the Court-ordered mediation.

Dated:   Pittsburgh, Pennsylvania
         November 16, 2021

Respectfully submitted,

_/s/Mariah L. Passarelli_
Mariah L. Passarelli
Cozen O'Connor
One Oxford Centre
301 Grant Street, 41st Floor
Pittsburgh, PA 15219
Telephone – (412) 620-6502

*[Handwritten annotation:]* Granted. The initial conference shall occur on 12/7/21 at 2:00 p.m. /s/ Denise Cote 11/16/21

                                                               Facsimile – (412) 275-2390
                                                               Email –mpassarelli@cozen.com

                                                               *Attorneys for Defendant*

Dated:    New York, New York
             November 16, 2021                      Respectfully submitted,
                                                                */s/ Alex J. Hartzband*
                                                               Alex J. Hartzband
                                                               Camilo M. Burr
                                                               Faruqi & Faruqi, LLP
                                                               685 Third Avenue, 26th Floor
                                                               New York, New York 10017
                                                               Telephone: 212-983-9330
                                                               Facsimile: 212-983-9331
                                                               ahartzband@faruqilaw.com
                                                               cburr@faruqilaw.com

                                                               *Attorneys for Plaintiffs*

LEGAL\55170684\1