

April 1, 2022

**VIA ECF**

**Mariah L. Passarelli**
Direct Phone   412-620-6502
Direct Fax       412-275-2368
mpassarelli@cozen.com

The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007



**Re:   Celina Dark and Travis Barry v. Touro College; 1:21-cv-07355**

Dear Judge Moses:

The parties in the above-referenced matter jointly write to request an adjournment of the mediation scheduled before Your Honor for April 12, 2022 (**ECF 23**). The parties are still actively engaged in fact discovery and believe a mediation at this time is premature. The parties propose that the April 12, 2022 mediation be adjourned until a future date following the close of fact discovery. Fact discovery currently closes on April 29, 2022 (**ECF 21**), though the parties anticipate seeking an extension of the same. The parties are cognizant of the Court's instruction to provide two proposed dates (**ECF 23**); however, given the present uncertainty regarding the close of fact discovery, we respectfully request leave to submit a subsequent joint letter to the Court after the close of fact discovery and propose dates for a settlement conference therein.

This is the parties' first request to adjourn mediation scheduled before Your Honor.

Thank you.

Respectfully submitted,


*s/ Mariah L. Passarelli*

**COZEN O'CONNOR**

Mariah L. Passarelli
301 Grant Street, 26th Floor
Pittsburgh, PA 15219
(412) 620-6502
mpassarelli@cozen.com

Michael Craig Schmidt
3 WTC

*s/ Alex J. Hartzband*

**FARUQI & FARUQI, LLP**

Alex J. Hartzband
Camilo M. Burr
685 Third Avenue
Ste 26th Floor
New York, NY 10017
(212) 983-9330
ahartzband@faruqilaw.com
cburr@faruqilaw.com

LEGAL\57310558\1

One Oxford Centre    301 Grant Street    41st Floor    Pittsburgh, PA 15219
412.275.2390 Fax    cozen.com

The Honorable Barbara Moses
April 1, 2022
Page 2

_____

175 Greenwich St.
55th Floor
New York, NY 10007
(212) 453-3937
mschmidt@cozen.com

> Application GRANTED. The parties shall promptly contact Judge Moses's deputy at (212) 805-4880 after the close of fact discovery to schedule the settlement conference. Consequently, the conference currently scheduled for April 12, 2022 is ADJOURNED *sine die*. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> April 5, 2022

LEGAL\57310558\1