Case 1:21-cv-07355-DLC Document 37 Filed 08/23/22 Page 1 of 1



NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

**Alex J. Hartzband**
ahartzband@faruqilaw.com

August 23, 2022

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10017

    Re:    *Dark, et al. v. Touro College*, No. 1:21-cv-07355-DLC-BCM

Dear Judge Cote:

    We represent Plaintiff in the above-referenced action and write jointly with Defendants, pursuant to the Court's July 21, 2022 Order and Section I(E) of Your Honor's Individual Rules and Practices, to respectfully request an extension of Plaintiff's deadline to apply to restore the instant action. *See* ECF No. 36.

    As the Court is aware, the parties have reached an agreement in principle to resolve Plaintiff's claims. The parties are actively working to finalize their agreement in writing; however, they require additional time to do so. Accordingly, the parties respectfully request that Plaintiff's deadline to apply to restore the instant action be extended by approximately one month, from August 26, 2022 to September 26, 2022.

    This is the parties' first request for an extension of this deadline.

    We thank the Court for its time and attention to this matter.

*[Handwritten: Granted. There shall be no further extension. /s/ Denise Cote 8/23/22]*

Respectfully submitted,

Alex J. Hartzband

Cc:    Counsel of Record (via ECF)

685 THIRD AVENUE NEW YORK, NY 10017 PHONE: 212.983.9330 FAX: 212.983.9331 EMPLOYEERIGHTSCOUNSEL.COM FARUQILAW.COM